FERGUSON v. BIEN. LADERER v. INTERURBAN ST. R. CO. DILLON v. SAME. WEISBURG v. SAME. LINK v. SAME. WALSH v. UNION RY. CO. SCHONWETTER v. INTERURBAN R. CO. HOLLING v. SAME. MURRAY v. NEW YORK CENT. & H. R. R. CO. SAYLES ZAHN CO. v. SAYLES (two cases). HANSON v. SMITH. TREANOR v. NEW YORK BREWERIES CO. JONES v. WALKER. HILL v. MULLER. GARCIA v. MORRIS. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Actions by Julius M. Ferguson against Franklin Bien, by Solomon Laderer against the Interurban Street Railroad Company, by Annie Dillon against the Interurban Street Railroad Company, by Isaac Weisburg against the Interurban Street Railroad Company, by Minnie Link against the Interurban Street Railroad Company, by Edward Walsh against the Union Railway Company, by Simon Schonwetter against the Interurban Railroad Company, by John H. Holling against the Interurban Railroad Company, by John Murray against the New York Central & Hudson River Railroad Company, by the Sayles Zahn Company against Solomon Sayles, by Caro G. Hanson against Eliza Smith, by Owen Treanor against the New York Breweries Company, by Arthur H. Jones against Augusta M. Walker, by Hugh Hill against Charles Muller, and by Carlos Garcia against Aaron Morris. No opinions. Applications denied, with $10 costs in each case. Orders signed.

FIBEL, Respondent, v. KAHAN, Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by Samuel Fibel against Noah Kahan. M. Schaap, for appellant. J. J. Aronson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FIDELITY & CASUALTY CO. OF NEW YORK, Respondent, v. CHILD, Appellant. (Supreme Court, Appellate Term. February 4, 1907.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by the Fidelity & Casualty Company of New York against William C. W. Child for premiums alleged to be due under certain policies. From a judgment for plaintiff, defendant appeals. Reversed, and a new trial ordered. George E. Brower, for appellant. Nadal, Carrere & Jones (Harold S. Recknagel, of counsel), for respondent.

PER CURIAM. Under the terms of both policies the company had the right to examine the books of the assured, and was required upon request to furnish a statement showing the amount of compensation paid to employés, which amount was to be the basis for computing the premiums due under the policies. The defendant has paid all but 87 cents of what he considers to be due, and plaintiff brings this action to recover $222.59 additional premiums, for which sum judgment was rendered, and defendant appeals. To establish its right to these additional premiums, plaintiff was bound to show clearly that the pay rolls of the defendant were $5,743.22, and that under its contract the defendant's premiums were to be computed upon that sum. There is no other issue in the case. Defendant contends that the schedule in both policies is confined to "structural ironworkers," bridge building being expressly excepted, and that structural ironwork does not contemplate ornamental ironwork, such as railings and fire escapes. His testimony is to that effect, and was not contradicted. Furthermore, the testimony of the plaintiff did not conclusively show that the sum of $5,473.22 was the proper sum upon which to base premiums, while the testimony of defendant is that $3,009.60 would seem to be the better established sum. The judgment should be reversed, and new trial ordered, with costs to appellant to abide the event.

In re FINNIGAN. (Supreme Court, Appellate Division. Second Department. January 25, 1907.) In the matter of the application of Michael E. Finnigan to have enforced his attorney's lien, etc. No opinion. Order affirmed, with $10 costs and disbursements.

FITCH, Appellant, v. RICHARDSON, Respondent. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by Allen Fitch against Emma J. Richardson. A. L. Marvin, for appellant. R. C. McCormick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FLETCHER, Respondent, v. BEECKMAN, Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by George A. Fletcher against Thomas H. Beeckman. C. S. Simpkins, for appellant. G. H. Fletcher, for respondent. No opinion. Judgment reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $1,201.69; in which event judgment as so reduced affirmed, without costs. Settle order on notice.

FLINN, Respondent, v. AMERICAN ENGINE CO. et al., Appellants. (Supreme Court, Appellate Division. Second Department. January 5, 1907.) Action by Henry M. Flinn against the American Engine Company, impleaded.

PER CURIAM. Judgment and order affirmed, with costs.

RICH, J., dissents.

In re FOGERTY. (Supreme Court, Appellate Division, First Department. February 8, 1907.) In the matter of Patrick Fogerty, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FORKHAMER, Appellant, v. HABERLE CRYSTAL SPRING BREWING CO. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Mary Forkhamer, as administratrix, etc., against the Haberle Crystal Spring Brewing Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents.